HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSE BALDERON CALDERON, a/k/a Jose Manuel Mendoza-Valencia

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE BALDERON CALDERON, a/k/a<br>Jose Manuel Mendoza-Valencia,<br><br>　　　　Defendant. | No.  1:10-cr-323 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

　　　　Defendant, JOSE BALDERON CALDERON, a/k/a Jose Manuel Mendoza-Valencia, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On November 4, 2011, this Court sentenced Mr. Calderon to a total term of 248 months  imprisonment, comprised of 188 months on Count 1 (a violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)), and 60 months on Count 2 (a violation of 18 U.S.C. 924(c)(1)(A)(I)), to be served consecutively;

3. As to Count 1, his total offense level was 35, his criminal history category was II, and the resulting guideline range was 188 to 235 months;

4. The sentencing range applicable to Mr. Calderon was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Calderon's total offense level has been reduced from 35 to 33, and his amended guideline range is 151 to 188 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Calderon's term of imprisonment on Count 1 to a term of 151 months, to be served consecutively to the existing sentence of 60 months on Count 2, for a total term of 211 months.

Respectfully submitted,

Dated: June 2, 2016

PHILLIP A. TALBERT
Acting United States Attorney

 /s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   June 2, 2016

HEATHER E. WILLIAMS
Federal Defender

 /s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
JOSE BALDERON CALDERON

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Calderon is entitled to the benefit Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 151 to 188 months.

IT IS HEREBY ORDERED that the term of imprisonment on Count 1 imposed in November 2011 is reduced to a term of 151 months, to be served consecutively to the existing sentence of 60 months on Count 2, for a total term of 211 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an AO Form 247 reflecting the above reduction in sentence, and shall serve certified copies on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Calderon shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **June 3, 2016**              /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE