Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Facsimile: (559) 459-0656

Attorney for Jose Calderon

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JOSE BALDERON CALDERON,<br><br>Defendant. | CASE No: 1:10-CR-00323-NONE<br><br>REQUEST TO WITHDRAW AS COUNSEL AND PROPOSED ORDER |

The undersigned was appointed to represent Jose Balderon Calderon regarding a Pro Se Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)A)(1).  Doc. 124.  On August 24, 2021 counsel filed a Notice of Non-Supplementation of Defendant's Pro Se Motion.  Doc. 133.

The undersigned requests to withdraw as counsel of record.

Dated: August 11, 2021                            Respectfully submitted,


                                                  /s/Barbara Hope O'Neill
                                                  Barbara Hope O'Neill
                                                  Attorney for Jose Balderon Calderon

1

ORDER

IT IS SO ORDERED.

Dated:   **August 24, 2021**                    /s/ Dale A. Drozd
                                                UNITED STATES DISTRICT JUDGE