UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:10-cr-00323-JLT |
|---|---|
| Plaintiff, | |
| v. | ORDER SETTING BRIEFING SCHEDULE FOR PENDING MOTION FOR COMPASSIONATE RELEASE |
| JOSE BALDERON CALDERON, | |
| Defendant. | |

Defendant Jose Balderon Calderon filed a *pro se* motion for compassionate release pursuant to the First Step Act and 18 U.S.C. § 3582(c)(1)(A) in April 2021.  (Doc. 124.)  The Court appointed counsel to assist Calderon with his motion, but counsel declined to supplement the motion and ultimately withdrew from the matter.  (Docs. 130, 133, 135.)  After defense counsel was appointed but before the notice of non-supplementation was filed, the Assistant United States Attorney of record also withdrew.  (Doc. 126.)

Considering the status of this case, the government shall have until January 23, 2023, to file its opposition.  Calderon shall file any reply within 30 days of the government's filing.

IT IS SO ORDERED.

Dated:   **December 27, 2022**

UNITED STATES DISTRICT JUDGE

1